IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| PAUL LYNN SCHLIEVE, #10930-078 | § | |
| VS. | § | CIVIL ACTION NO. 4:07cv293 |
| | | CRIM. ACTION NO. 4:03cr84(22) |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that the motion to vacate, set aside, or correct sentence should be denied and dismissed with prejudice. Movant has filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Movant to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It would be appropriate for Movant to bring his civil rights complaints concerning confiscated legal papers to the jurisdiction in which the papers were confiscated. The court notes that Movant has not shown any prejudice in this case based upon the missing papers. It is accordingly

**ORDERED** that the motion to vacate, set aside, or correct sentence is **DENIED** and Movant's case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. Finally, it is

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this the 27th day of March, 2014.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE